STATE v. C. E. McDANIELS.

(Filed 10 December, 1941.)

APPEAL by defendant from *Burney, J.,* at May Criminal Term, 1941, of ROBESON. No error.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*F. D. Hackett for defendant, appellant.*

PER CURIAM.   The defendant McDaniels was indicted and convicted of disposing of and selling to one Follette certain personal property, upon which he had executed a chattel mortgage then in force, for the purpose of defrauding the mortgagee.   From the judgment of imprisonment at hard labor, the defendant appealed.

A careful examination of the exceptions and assignments of error leads to the conclusion that no error was committed on the trial, and we so find.

No error.